# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 496 |
| | : | |
| ORDER AMENDING PUBLIC ACCESS | : | JUDICIAL ADMINISTRATION |
| POLICY OF THE UNIFIED JUDICIAL | : | |
| SYSTEM OF PENNSYLVANIA: CASE | : | DOCKET |
| RECORDS OF THE APPELLATE AND | : | |
| TRIAL COURTS | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of March, 2018, upon the recommendation of the Administrative Office of Pennsylvania Courts to amend the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* to include all minor courts within the scope of the Policy and achieve one statewide policy for case records in every court:

**IT IS ORDERED** that:

1) The Policy is amended to read as attached hereto.

2) The name of the Policy is amended as follows *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*.

3) The Administrative Office of Pennsylvania Courts shall publish the amended Policy and accompanying *Explanatory Report* on the Unified Judicial System's website.

4) Every court and custodian's office, as defined by the Policy, shall continuously make available for public inspection a copy of the amended Policy in appropriate physical locations as well as on their website.

5) The *Public Access Policy of the Unified Judicial System of Pennsylvania: Official Case Records of the Magisterial District Courts* is hereby rescinded as of July 1, 2018.

6) Whereas prior distribution and publication of this rule would otherwise be required, it has been determined that immediate promulgation is required in the interest of justice and efficient administration. Pa.R.J.A. No. 103(a)(3).

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective July 1, 2018.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and in brackets.